**BWK** IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVAN SOROKIN, | : | |
| Plaintiff, | : | |
| | : | NO. 02-4434 |
| v. | : | |
| | : | |
| NATIONAL VAN LINES, INC., AND | : | |
| LNJ NATIONAL MOVERS, | : | FILED JUL 3 2002 |
| Defendants. | : | |

## NOTICE OF REMOVAL

Defendants National Van Lines, Inc. ("National"), and LNJ National Movers ("LNJ") (collectively the "defendants"), hereby provide notice of removal to remove this civil action from the Philadelphia Municipal Court, 34 South 11th Street, Philadelphia, PA 19107, pursuant to 28 U.S.C. §§1331, 1337, 1441 and 1445. The grounds for removal are as follows:

1.    This action was filed on May 29, 2002 in the Municipal Court in Philadelphia, Philadelphia County, Pennsylvania, as Case No. SC-02-05-29-3112. On June 11, 2002, plaintiff served defendants with the complaint asserting claims for negligence, breach of contract, breach of warranty and violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law.[1]

2.    This notice of removal is being filed within thirty (30) days after service of the complaint and is timely filed under 28 U.S.C. § 1446(b).

3.    Upon information and belief, plaintiff Evan S. Sorokin ("Sorokin") is an individual residing at 2217 Ivan Street, Apartment 102, Dallas, Texas 75201.

4.    National and LNJ are corporations authorized to do business in Pennsylvania and are engaged in the business of moving household goods in Pennsylvania, while performing interstate household goods transportation services as defined by 49 U.S.C. § 13102.

---

[1] Sorokin's full complaint, with exhibits, is hereto attached as Exhibit "A".

5.    This action is a civil action involving a claim for relief by Sorokin arising from an interstate Bill of Lading contract and published tariffs incorporated therein by reference, pursuant to which National and LNJ (National's disclosed household goods agent as defined by 49 U.S.C. §13907) transported a shipment of Sorokin's household goods in interstate commerce from Pennsylvania to Texas. By reason of the Interstate Commerce Commission Termination Act of 1995, Pub. L. No. 104-88, 109 Star. 803, the regulation of interstate carriers such as National and LNJ was transferred from the Interstate Commerce Commission ("ICC") to the Surface Transportation Board ("STB") (of the U.S. Department of Transportation).    Accordingly, this action is a civil action of which this Court has original jurisdiction under the provisions of Title 49 U.S.C. §§ 13501, 13702(a) & (c), 13704 and 13706, and may be removed to this Court by National and LNJ pursuant to the provisions of Title 28 U.S.C. § 1441 (a) & (b), in that the action arises out of the interstate Bill of Lading contract of carriage and the applicable published tariff rates and provisions governing the interstate transportation of Sorokin's household goods.[2]

6.    Sorokin's complaint alleges that National and LNJ negligently and carelessly caused certain damages to Sorokin's property.  Sorokin further alleges that this conduct violates the Pennsylvania Unfair Trade Practices and Consumer Protection Law. (73 P.S. § 201, et seq.) and constitutes a breach of contract and warranty.

7.    The United States Supreme Court has consistently held that interstate Bills of Lading are creatures of federal law and governed thereunder.

> The Bill of Lading is the basis transportation contract between the shipper and the carrier; its terms and conditions bind the shipper and all ... carriers. *Texas and Pacific R.l Co. v. Leatherwood*, 250 U.S. 478, 481 (1991).  Each [term] has in effect the force of statute, of which all affected must take notice.

*Southern Pacific Transportation Co. v. Commercial Metals*, 456 U.S. 336, 342-343 (1982).

---

[2]    In order for this Court to have a complete record for the purposes of the motion of National and LNJ, defendants have attached a full copy of the applicable contract, referenced in Sorokin's complaint as Exhibit "1".

8.     The principle that an interstate Bill of Lading must be construed under federal law was reiterated in *Allis-Chalmers Corp. v. Lueck*, 471 U.S. 202, 214 (1985):

> While the nature of the state tort is a matter of state law, the question of whether the Wisconsin tort is sufficiently independent of federal contract interpretation to avoid preemption is, of course, a question of federal law.

*Id.* Thus, as stated by the United States Supreme Court, the contract itself (the Bill of Lading and tariff) must be read and interpreted as a predicate to any decision regarding jurisdiction:

> As a shipment was interstate, the bill of lading was issued pursuant to the federal Act, the question of whether the contract thus set forth had been discharged with necessarily a Federal question. The construction of the clauses of the bill of lading, adopted by the Commission and prescribed by Congress for interstate...shipments presents a federal question...Such has been the consistent rule of this Court. When the questions presented concerns the conditions of the bills of lading and affecting the liability of the carrier such are required by the Carmack Amendment... Since the clauses of the Uniform Bill of Lading govern the rights of the parties to an interstate shipment and are prescribed by Congress and the Commission in the exercise of commerce power, they have the force of federal law and questions as to their meaning arise under the laws and Constitution of the United States.

*Illinois Steel Co. v. Baltimore and Ohio Co.*, 320 U.S. 508, 510-11(1944)

9.     Because Sorokin must rely upon the Bill of Lading and tariffs, which are governed by federal statutes and whose interpretation must be determined to resolve Sorokin's alleged claims, Sorokin must necessarily rely upon federal law for a remedy within the meaning of *Garrett v. Time-D.C.*, 502 F.2d 627 (9th Cir. 1974).

10.     Based on the relevant facts and applicable law, this action raises within the laws of the United States within the meaning of 28 U.S.C. §§ 1331 and 1337(a).  The complaint is therefore removable pursuant to U.S.C. § 1441(a) and (b).

11.     A notice of filing a notice of removal has been forwarded to the state court for filing, a copy of which is attached hereto as Exhibit "B".

**WHEREFORE**, Defendants National Van Lines and LNJ National Movers remove this action to this Court.

Respectfully submitted,

JOSHUA HORN, ESQUIRE;
I.D. NO. 71799
MICHAEL P. MALLOY, ESQUIRE
I.D. NO. 88787
FOX, ROTHSCHILD, O'BRIEN & FRANKEL., LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2000

Attorneys for Defendants
National Van Lines and LNJ National Movers

Dated: July 3, 2002

Exhibit A

06/17/2002 11:11 FAX 2158294219 ___ DELANY & O'BRIEN ___ @002



COMMONWEALTH OF PENNSYLVANIA
THE PHILADELPHIA MUNICIPAL COURT
34 South 11th Street • Philadelphia, PA 19107

Alan K. Silberstein, *President Judge*
Robert S. Blasi, *Administrative Judge*

**STATEMENT OF CLAIM**

No. SC-

| TYPED BY | APPROVED | COURT COSTS |
|---|---|---|
| | | $ |

**Evan S. Sorokin, M.D.**
2217 Ivan Street
Apartment 102
Dallas, TX 75201

*Plaintiff(s)*

CODE

National Van Lines          LNJ National
National Plaza              Movers
Roosevelt & Gardner         36 Mountainside
Roads                       Road
Broadview, ILL 60153        Temple, PA 1956
☐ CONSTABLE SERVICE                *Defendant(s)*

**SERVICE ADDRESS (INFORMATION) if other than above**

| | | DATE OF ACCIDENT | LICENSE PLATE NO. |
|---|---|---|---|
| OPERATOR - DATE OF BIRTH | DEFENDANT - OPERATOR NO. | OWNER - DATE OF BIRTH | OWNER - OPERATOR NO |

TO THE DEFENDANT: The above named plaintiff(s) asks judgment in this Court against you for $ 10,000.00 plus court costs upon the following claim:

Plaintiff, Evan S. Sorokin, M.D., who resided at
166 Callowhill Street, Phila., PA 19130, contracted with
National Van Lines and LNJ National Movers to move the
contents of his apartment in Philadelphia to his current
address in Dallas, TX. (See Contract attached hereto
as Exhibit 1.) The move occurred on or about June 11,
1998. During the move, the Defendants negligently and
carelessly caused certain damages to Plaintiff's
property. (See claims form attached hereto as Exhibit
2.) Therefore, Plaintiff brings this action for
negligence, breach of contract, breach of warranty
and violations of the Consumer Fraud Statute.
     WHEREFORE, Plaintiff requests judgment in his favor
in the amount of Ten Thousnad Dollars ($10,000.00).

| | |
|---|---|
| Principal Amount | $ 10,000.00 |
| Interest at | % |
| from | |
| | $ |
| Attorney's Fee: | |
| | $ |
| Other: | |
| | $ |
| TOTAL | $ |

☐ NOTICE TO DEFEND FILED

PLUS COURT COSTS

COUNSEL FOR PLAINTIFF/ATTY. I.D. NO., NAME & ADDRESS   Michael SHAPIRO  325 Chestnut St; PHILA PA   ZIP CODE 19106   PHONE 215 951-6090

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA   ss.

I, _Michael SHAPIRO_
depose and say that the facts set forth in this complaint
are true and correct and acknowledge that I am subject to
the penalties of 18 P.S. 4904 relating to Unsworn Falsifi-
cation to Authorities.

_____
*Signature Plaintiff/Attorney*

**SUMMONS** to the defendant: You are hereby
ordered to appear at a hearing scheduled as follows:

LOCATION (Sitio)
   Courtroom 4
   Fourth Floor, 34 South 11th Street

| DATE (Fecha) | TIME (Hora) |
|---|---|

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the Court
this _____ day of _____, 19___

_____
*Court Administrator, Philadelphia Municipal Court*

**CITACION** - Al Demandado: Por la presente,
usted esta dirijido a presentarse a la siguiente vista en:

**IMPORTANT NOTICE TO THE DEFENDANT**
You have been sued in court. If you wish to defend against the claims set forth, you must appear at the date, time and place as shown. You are warned that if you fail to appear, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT, WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF HEARING, WHICHEVER IS LATER.

**NOTA IMPORTANTE PARA EL ACUSADO**
Usted ha sido demandado en corte. Si usted desea defenderse contra las quejas que aparecen en contra suya debe usted comparecer el dia, la hora y sitio que se senalo. Usted esta advertido que si no comparece, el caso puede continuar sin su presencia y una querella puede ser puesta en contra suya por la corte sin ninguna notificacion, por dinero reclamado, o por alguna otra queja requerida por el demandante. Usted puede perder dinero, propiedad u otros derechos importantes para usted.

LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANOS INCAPACITADOS (AMERICANS WITH DISABILITIES ACT). ESTE DECRETO REQUIERE QUE TODOS LOS SERVICIOS Y FACILIDADES DE CORTE SEAN ACCESIBLE A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS. SI USTED ESTA INCAPACITADO Y NECESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONO 668-7986. PARA SOLICITAR ACOMODACIONES RAZONABLES DEBE LLAMAR POR LO MENOS TRES DIAS DE TRABAJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN LO QUE OCURRA PRIMERO.

03-7 (Rev. 3/98)



EXHIBIT 1

06/17/2002 11:16 FAX 2158294219          DELANY & O'BRIEN                    ☑004



**NATIONAL VAN LINES, INC.**

I.C. MC 42866

## HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL

EXECUTIVE OFFICES: Broadview, Illinois 60153 - Telephone: 70   0-2900
NVL Customer Service Call 800-333-6851

| | |
|---|---|
| B/L NUMBER | 111199 |
| REG. NUMBER | |
| OVERFLOW B/L | |

NOTICE: Carrier's tariffs, by this reference, are made a part of the bill of lading and may be inspected at carrier's facility, or, on request, carrier will furnish a copy of any tariff provision concerning carrier's rates, rules or charges governing the shipment. Incorporated tariff provisions include but are not limited to those: (1) Establishing limitation of carrier's liability; the principal features of which are described in the valuation declaration section of this bill of lading; (2) Setting out some particular filing clauses; the principal features of which are described on the reverse side of this bill of lading in Section C; and, (3) Reserving the carrier's right to assess additional charges for additional services performed and, on non-binding estimates, to base charges upon the actual weight of the goods transported.

| | |
|---|---|
| SHIPPER'S NAME: Eren Sorokin | CONSIGNEE NAME: Eren Sorokin |
| LOADING ADDRESS: 1666 Callowhill St. Apt. 309 | DELIVERY ADDRESS: 2808 Mckinley Ave APT 431 |
| CITY, COUNTY, STATE: Philadelphia, Phil. PA. | CITY, COUNTY, STATE: Dallas  75204 |
| PHONE: 215-751-9978 | PHONE: (214)303-0911 (on)  609-636-3581 |
| PICKUP SPREAD FROM 6/8 TO 6/8 | DELIVERY SPREAD FROM 6/11 TO 6/19 |
| EXTRA P/U CONTACT NAME | NOTIFY CONTACT AND NOTIFY NAME: Michelle Goldberg |
| ADDRESS                    PHONE | ADDRESS: 1100 Sawdust Blvd  PHONE 609-741-2450 |
| CITY & STATE | CITY & STATE: APT 532  Galveston, TX |
| LOAD DATE | EXTRA DELIVERY CONTACT NAME |
| INTERLINE CARRIER | PHONE |

| | | | | |
|---|---|---|---|---|
| BILL ACCT. | TARIFF NO. 400M | SECTION 3 | TENDER NO. | COMMODITY NAME & CODE: HHG |
| CITY, STATE. | GROSS WEIGHT | NET WEIGHT | Full Tariff LH Rate $          BLD %disc. 50% | |
| PURCHASE ORDER QBL NO ACCT NO | | | Reduced LH Rate $          LH  %disc. | |
| ATTN OF | TARE WEIGHT | MILES 1752 | Bottom Line Discounted  Yes ☐  No ☐ | |
| COD | | | SERVICE $ | AGCT & RATE  CHARGE |

| | (AGENT NAME) | ACCT.# | SUBJECT TO MINIMUM OF 1,000 LBS. | | LINEHAUL CHARGE |
|---|---|---|---|---|---|
| CHARGES COMPUTED BY | L&J | 2777 | FUEL SURCHARGE OF CHARGED LINEHAUL | | |
| BOOKER | L&J | 2777 | ADDITIONAL TRANSPORTATION CHARGE - ORIGIN | | |
| ORIGIN AGENT | L&J | 2777 | ADDITIONAL TRANSPORTATION CHARGE - DESTINATION | | |
| ESTIMATE BY | L&J | 2777 | BULKY ARTICLE CHARGE   SPECIFY ARTICLE | | |
| DESTINATION AGENT | | 4201 | EXTRA STOPS | ORIGIN | DESTINATION |
| RESIDENCE PICKUP | | | PIANO/ORGAN CARRY | ORIGIN | DESTINATION |
| ORIGIN | | | VALUATION | 20,000 | N/C |
| DESTINATION | | | SIT FOR     DAYS     1ST DAY AT     CWT. | | |
| ORIGIN | | | ADDITIONAL DAYS     CWT. PER DAY | | |
| DESTINATION | | | WAREHOUSE HANDLING, CHARGE | | |
| CONTAINERS FURNISHED BY | | | SIT HANDLING CHARGE          MILES | | |
| TOTAL BY CARRIER | | | SIT VALUATION CHARGE | | |
| UNPACKING BY | | | IN SIT (DATE)          OUT-SIT (DATE) | | |

Unless the shipper expressly releases the shipment to a value of 60 cents per pound per article, the carrier's maximum liability for loss and damage shall be either the lump sum declared by the shipper or an amount equal to $1.25 per pound of weight in the shipment, whichever is greater. The shipment will be subject to the rules and conditions of the carrier's tariff. Shipper hereby releases the entire shipment to a value not exceeding:

My Shipment Valuation is $ 20,000

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "60 cents per pound per article". OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A MAXIMUM VALUE EQUAL TO $1.25 TIMES THE WEIGHT OF THE SHIPMENT IN POUNDS.

Shipment Valuation is not insurance. It is a Tariff Level of Carrier Liability.

IMPORTANT SHIPMENT PROTECTION INFORMATION (Check One)

| Protection | SHIPPER INITIAL | |
|---|---|---|
| Lowest | ☐ | 60 cents per lb. per article - no charge |
| Better | ☐ | $1.25 lb. times shipment weight. Repair cost or depreciated value of item, whichever is less cost is $7 per $1,000 of shipment valuation. |
| Best | | FULL VALUE PROTECTION - OPTION A, B, C |
| Option A | ☐ | No claim deductible |
| Option B | ☐ | $250 claim deductible |
| Option C | ☐ | $500 claim deductible |

EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DESCRIPTION)
I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in excess of $100 Per Pound Per Article" that are included on my shipment and that I have given a copy of this Inventory to the carrier's representative. I also acknowledge that the carrier's liability for loss or damage to any article in excess of $100 per pound will be limited to $100 per pound for each pound or each item or damaged article (based on the actual weight) but to exceed the declared value of the entire shipment, unless I have specifically identified such articles or which claim for loss or damage is made on the attached.

| | | | |
|---|---|---|---|
| | APPLIANCE SERVICE | ORIGIN | DESTINATION |
| | LONG CARRY | ORIGIN | DESTINATION |
| | ELEVATOR/STAIR CARRY | ORIG. | DEST. |
| | EXTRA LABOR DUE | ORG. | DEST. |
| | MATERIAL SUPPLIED ONLY (NO PACK) | | |
| | TOTAL PACKING CHARGES | | |
| | TOTAL UNPACKING CHARGES | | |
| | LESS DISCOUNT | | |
| | TOTAL OF ALL CHARGES | | |
| | CREDIT CARD PAYMENT ON | | 3039.46 |
| | PREPAYMENT COLLECTED ON     By Acct# | | |
| | BALANCE DUE: COLLECTED ON     By Acct#     Subject to Subsequent Audit | | |

BELOW PACKING AND ACCESSORIALS REQUIRE A COMPLETED AND SIGNED PACKING AND/OR ACCESSORIAL FORM

AGENT TO BE CONTACTED AT DESTINATION REGARDING SHIPMENT. IF NONE SHOW NVL BROADVIEW

| | |
|---|---|
| NAME | PHONE |
| ADDRESS | CITY & STATE |
| RESIDENTIAL DELIVERY  ☐  WAREHOUSE ☐  S.I.T. CONTROL ☐ | |
| WAREHOUSE | PHONE: |
| ADDRESS | CITY & STATE |
| RECEIVED BY: X | DOCUMENT CONTROL NUMBER |
| DATE: | DC 006899 |

CONSIGNEE'S ACKNOWLEDGEMENT OF DELIVERY
SERVICES COVERED BY THIS BILL OF LADING WERE RENDERED AND SHIPMENT WAS RECEIVED IN GOOD CONDITION, EXCEPT AS NOTED ON THE INVENTORY.

(SHIPPER'S SIGNATURE AT TIME OF PICKUP AT RESIDENCE)     DATE

(DRIVER'S SIGNATURE AT TIME OF PICKUP FROM RESIDENCE)

X _____ SIGNATURE OF CONSIGNEE FOR RESIDENCE DELIVERY

X _____ DRIVER'S SIGNATURE FOR DEL. OR DELIVERY

# CONTRACT TERMS AND CONDITIONS*

This contract is subject to all the rules, regulations, rates, and charges, in carrier's currently effective applicable tariffs including, but not limited to, the following terms and conditions:

**Section 1.**    The carrier shall be liable for physical damage loss of or damage to any articles from external cause while being carried or held in storage-in-transit EXCEPT loss or damage caused by or resulting:

(a).    From an act, omission or order of the shipper;

(b).    From defect or inherent vice of the article, including susceptibility to damage because of atmospheric conditions such as temperature and humidity or changes therein;

(c).    From (1) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack (A) by any government or sovereign power, or by an authority maintaining or using military, naval or air forces; (B) by military, naval or air forces; or (C) by an agent of any such government, power, authority or forces; (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such an occurrence; (4) seizure or destruction under quarantine or customs regulations; (5) confiscation by order of any government or public authority; or (6) risks of contraband or illegal transportation or trade;

(d).    From delay caused by strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any person or persons taking part in any such occurrence or disorder, and from loss or damage when carrier, after notice to shipper or consignee of a potential risk of loss or damage to the shipment from such causes, is instructed by the shipper to proceed with such transportation and/or delivery, not withstanding such risk.

(e).    From Acts of God.

SUBJECT, in addition to the foregoing, to the further following limitations on the carrier's liability:

The Carrier's maximum liability shall be either:

(1).    The amount of the actual loss or damage not exceeding $1.25 time the actual weight (in pounds) of the shipment, or the lump sum declared value, whichever is greater, or

(2).    The actual loss or damage not exceeding sixty (60) cents per pound of the weight of any lost or damaged article when the shipper has released the shipment to the carrier. in writing, with liability limited to sixty (60) cents per pound per article.

**Section 2.**    The Carrier shall not be liable for delay caused by highway construction, or faulty or impassable highways, or lack of capacity of any highway, bridge or ferry, or caused by the breakdown or mechanical defect of vehicles or equipment, or from any cause other than the negligence of the carrier, nor shall the carrier be bound to transport by any particular schedule, means, vehicle or otherwise than with reasonable dispatch. Every carrier shall have the right in case of physical necessity to forward said property by any carrier or route between the point of the shipment and the point of destination.

**Section 3.**    a).    The shipper, upon tender of the shipment to carrier, and the consignee, upon acceptance of delivery of the shipment from carrier, shall be liable, jointly and severally, for all unpaid charges payable on account of a shipment in accordance with applicable tariffs including, but not limited to, sums advanced or disbursed by a carrier on account of such shipment. The extension of credit to either shipper or consignee for such unpaid charges shall not thereby discharge the obligation of the other party to pay such charges in the event the party to whom credit has been extended shall fail to pay such charges.

(b).    The shipper shall indemnify carrier against loss or damage caused by inclusion in the shipment of explosives or other dangerous articles or goods.

**Section 4.**    If for any reason other than the fault of the carrier, delivery can not be made at address shown on the face hereof, or at any changed address of which the carrier has been notified, carrier, at its option, may cause articles contained in shipment to be stored in a warehouse selected by it at the point of delivery or at other available points, at the cost of the owner and subject to a lien for all accrued tariff and other lawful charges.

**Section 5.**    If shipment is refused by consignee at destination, or if shipper, consignee or owner of property fails to receive or claim it within fifteen (15) days after written notice by United States mail addressed to shipper and consignee at post office addresses shown on face hereof, or if shipper fails or refuses to pay lawfully applicable charges in accordance with carrier's applicable tariff, carrier may sell the property at its option, either (a) upon the notice and in the manner authorized by law. or (b) at public auction to highest bidder for cash at a public sale to be held at a time and place named by carrier, thirty (30) days notice of which sale shall have been given in writing to shipper and consignee, and there shall have been published at least once a week for two consecutive weeks in a newspaper of general circulation at or near the place of sale, a notice thereof containing a description of the property as described in the bill of lading, and the names of the consignor and consignee. The proceeds of any sale shall be applied toward payment of lawful charges applicable to shipment and towards expenses of notice, advertising and sale, and of storing, caring for and maintaining property prior to sale, and the balance, if any, shall be paid to owner of property: PROVIDED that any perishable articles contained in said shipment may be sold at public auction or private sale without such notices, if, in the opinion of the carrier, such action is necessary to prevent deterioration or further deterioration.

**Section 6.**    As a condition precedent to recovery, a claim for any loss or damage, injury or delay, must be filed in writing with carrier within nine (9) months after delivery to consignee as shown on face hereof, or in case of failure to make delivery, then within nine (9) months after a reasonable time for delivery has elapsed; and suit must be instituted against carrier within two (2) years and one (1) day from the date when notice in writing is given by carrier to the claimant that carrier has disallowed the claim or any part or parts thereof specified in the notice.

**NATIONAL**
MC42866
2800 W. ROOSEVELT ROAD
BROADVIEW, ILLINOIS 60153
708-450-2900 or 800-331-0593

**Order For Service – Registration**
AGENT MUST COMPLETE THIS FORM PRIOR TO REGISTERING.

Commodity Type (check one):
Display, HHG, Office, Elect, Other

Registration Date: / /

internal use: V-Q NV-Q

1. TYPE ☐ 7/GSA ☐ 8/NAT ☒ 9/COD ☐ 9/NAT-COD
2. B/L NUMBER 111199
3. MILES 1752
4. BOOKING ACCT. # 2777

5. Linehaul Discount %
   Bottom Line Discount % 50%
6. ORIGINAL B/L (IF OVERFLOW)
   Broker Fee% (added to disc. for settlement purposes only) Broker #
7. SELF HAUL ☐ Yes ☒ No

8. Origin City/State Philadelphia, PA.
9. Destination City/State Dallas
10. Requested Loading Date From 6/8 To 6/8
11. Requested Delivery Date From 6/11 To 6/19

12. Declared Value Protection
    ☒A. Full Replacement, no deductible
    ☐B. Full Replacement, $250 deductible
    ☐C. Full Replacement, $500 deductible
    ☐D. $.60
    ☐E. $1.25 x weight
13. Valuation Amount (If A, B or C) 20,000
14. Estimated Weight 5,000
15. Est. Cube .769
16. Full Linehaul Before Discount 5610.00
17. Estimated Total Charges After Discount 3309.05

18. National Acct. Name & Acct. #  C.O.D.
    SS# If Military/GSA  Org. Base GBLOC  GBL #
19. Dest. Base GBLOC
20. Shipper's Last Name Sorokin
21. First Name E

22. Origin Agent # 2777
23. Origin Zip Code 19180
24. Origin Address or Military Base Contact or Out of Non-Temp Storage 1666-Callowhill St.
25. Origin Phone Numbers & Contact Name (215) 751-9788

26. Dest. Agent # 4201
27. Dest. Zip Code
28. Destination Address or Military Base Contact W/A 2808 McKinney Ave Apt #431 TX 752
29. Destination Phone Numbers & Contact Name N/A

30. Salesperson # 14
31. Driver Pack ☒yes ☐no If yes, describe below ☐ Extra P/U ☒ Extra Delivery (Write location below) Type 2-455 2-K/Q Amount 6-M+
32. Galveston, TX.
33. ☐PIANO ☐SHUTTLE ☐BOAT ☐POOL TABLE ☐OTHER ☐AUTO (Write type here)

SPECIAL REMARKS / INSTRUCTIONS
AMSA MEMBER
7000 Seawall Blvd
Apt 536
Galveston, TX
(709) 741-2957

34. Destination Agent Name, Address & Phone

SPECIAL SERVICES ORDERED BY SHIPPER
☐ EXPEDITED SERVICE
☐ EXCLUSIVE USE OF VEHICLE  CU. FT.
☐ OVERTIME LOADING AND/OR UNLOADING ORIGIN ☐ DEST. ☐
☐ STORAGE-IN-TRANSIT ORIGIN ☐ DEST. ☐
☐ SPACE RESERVATION ORIGIN ☐ DEST. ☐
☐ BULKY ITEMS
OTHER

☒ NON-BINDING ESTIMATE (Table of Measurements required)
ESTIMATED TOTAL 3309.05

MAXIMUM AMOUNT TO BE PAID ON DELIVERY OF YOUR C.O.D. SHIPMENT IN CASH, CERTIFIED CHECK OR MONEY ORDER IS (TOTAL ESTIMATED COST PLUS 10 PERCENT).

MAXIMUM C.O.D.

CHARGES AND METHOD OF PAYMENT
Minimum Weight
Minimum Charges
Cubic Feet

SHIPMENT VALUATION IS NOT INSURANCE. IT IS A TARIFF LEVEL OF MOTOR CARRIER LIABILITY.
SHIPMENT VALUATION PROTECTION

20,000
(to be completed by the person signing below)

REPLACEMENT VALUE PROTECTION
OPTION A - Replacement Value Protection (Min. $3.50 lb.) No claim deductible.
OPTION B - Replacement Value Protection less $250 claim deductible. (Min. $3.50 lb.)
OPTION C - Replacement Value Protection less $500 claim deductible. (Min. $3.50 lb.)

SEE REVERSE SIDE OF INSTRUCTION CARD FOR COST

NATIONAL VAN LINES, INC.

FORM 5-something REV. 05/97

**SERVICES CANNOT BE PERFORMED WITHOUT PROPER SIGNATURE OR WRITTEN AUTHORITY**

I NATIONAL          TO                  1998.06-23    12:02    #377 P.01/01

COST OF SERVICES                                    *From* RODGER*

| Moving From | Moving To |
|---|---|
| OKIN 4/23/98 | Consignee SOROKIN |
| 6-CALLOWHILL ST. | Address |
| 309 | Floor |
| LADELPHIA PHIL PA | City ST DALLAS DALLAS TX |

ate    Agreed PU Date    Guarantee PU Date  Agreed DEL Date   Guarantee DEL Date

6/11 - 6/19

| CONTAINERS | | | PACKING (C) | | | UNPACKING (A) | | |
|---|---|---|---|---|---|---|---|---|
| Qty | Rate | Total | Qty | Rate | Total | Qty | Rate | Total |
| 2 | 8.80 | 17.60 | 2 | 17.30 | 34.60 | | | |
| 2 | 25.40 | 50.80 | 2 | 15.65 | 31.30 | | | |
| 6 | 19.35 | 116.10 | 6 | 32.40 | 194.40 | | | |
| | | 184.50 | | | 260.30 | | | 0.00 |

```
**********************************************************
* TARIFF  : 400M     GROSS  : 5500     NET     : 5500 *
* EFFECTIVE: 01/01/98                   TRANS WT: 5500 *
* SECTION : 3                           MILES   : 1752 *
* Origin ST: (39) CNTY:(51)  Destination ST: (44) CNTY:(04) *
* Origin Service Area:672    Destination Service Area:764   *
**********************************************************
```

| Description | Weight | Quantity | Rate | Charges |
|---|---|---|---|---|
| TRANSPORTATION CHG | 5500 LBS | | | 5973.00 |
| A.T.C. ORIG | 5500 LBS | @ | 1.90 | 104.50 |
| A.T.C. DEST | 5500 LBS | @ | 1.00 | 55.00 |
| ELEV. ORIG | 5000 LBS | 1 @ | 2.60 | 130.00 |
| ELEV. DEST | 5000 LBS | 1 @ | 2.25 | 112.50 |
| STAIRS DEST | 500 LBS | 1 @ | 1.45 | 18.30 |
| LONG CARRY-O | 5000 LBS | 1 @ | 1.70 | 85.00 |
| LONG CARRY-D | 5000 LBS | 1 @ | 1.45 | 72.50 |
| CONTAINERS,PACKING & UNPACKING (see itemized list) | | | | 444.80 |

| | | |
|---|---|---|
| SUB TOTAL BEFORE DISCOUNT | | 6995.60 |
| 50% BOTTOM LINE DISCOUNT | | -3497.80 |
| VALUATION | 20000 | |
| GRAND TOTAL | | 3677.80 |

PREPARED BY  *RODGER*



EXHIBIT 2

06/17/2002 11:21 FAX 2158294219          DELANY & O'BRIEN                    ☑008

**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I. C. C. MC #2566

# STATEMENT OF CLAIM

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

ALL LOSS AND/OR DAMAGE MUST BE ON THIS FORM. NO ADDITIONAL CLAIM ACCEPTED   214-303-0911

| MOVED FROM | EVAN SOROKIN NY | MOVED TO | EVAN SOROKIN |
|---|---|---|---|
| | Name of Shipper or Consignee on Bill of Lading | | Name of Consignee |
| | 1666 CALIFORNIA ST APT 39 | | 2808 MCKINNEY AVE APT 421 |
| | Old Street Address | | New Street Address |
| | PHILADELPHIA PA 19130 | | DALLAS TEXAS 75204 |
| | City and State | | City and State |
| | N/A | | N/A |
| | Warehouse Name if Shipment Originated at Warehouse | | Warehouse Name if Delivered to Warehouse |

**IMPORTANT**
Was your shipment picked up from a storage facility?   Yes ☐   No ☑
Was your shipment delivered to a storage facility?   Yes ☐   No ☑
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading   11199
Did driver deliver any items that do not belong to you?   Yes ☐   No ☑   Please explain below
To whom was claim first reported _____ N/A _____   Date reported   6/18/98
Loading date at residence   6/9/98                                Delivery date   6/17/98
If claim is for breakage or shortage to items packed in container, give following information concerning those specific containers:
By whom packed ___ N/A ___   By whom unpacked ___ OWNER N/A ___   Date unpacked   6/12/98
Was packing container of article claimed damaged in good condition?   Yes ☐   No ☑   Please explain below   SEE 17
Date damage was discovered   6/12/98   Was driver aware of damage or loss?   Yes ☐   No ☑   Explain below
Date shortage was discovered ___ N/A ___   By whom discovered
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same?   NO ORIGINAL FORM

**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS. If Add'l Space is needed use separate sheet of paper.**          ALL CLAIMS MUST BE SIGNED

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (If loss so indicate) | Date Purchased | Original Cost | Weight of Item | Amount Claimed | Home Office Use Only | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Amount Paid | Adjusting Code |
| | | SEE ADDITIONAL SEPARATE SHEET | | | | | | |
| | | SEE PHOTOS 1-3 | | | | | | |
| | COUCHES | SLIP THIS SIDE + SON GA | | $400 | | $400 | | |
| | CH | FURNISH COPIES OF ANY DOCUMENTS WHICH SHOW ANY LOSS OR DAMAGE | | | | $ | | |
| | | AT THE TIME YOUR SHIPMENT WAS DELIVERED. | | | | $ | | |
| | | | | $300 | | $300 | | |
| | FURNITURE | | | $400 | | $400 | | |
| | | | | $ | | $ | | |

The actual cash value of this shipment was $ 85000

QUALITY CONTROL   (DRIVER _____)   PACKER _____   WHSE. ___ N/A ___

Were you satisfied with NATIONAL overall service?   Yes ☐   No ☑   If NOT we would sincerely appreciate your comments so we can take action

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim, I hereby
request $ _____ which is to be considered as a full release and discharge from any and all claims and demands against the carrier,
his agents, or insurer of this shipment.   ALL OUTSTANDING CHARGES MUST BE PAID BEFORE CLAIM SETTLEMENT CAN BE MADE.

NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00.     7/11/98   214-303-0911   HOME #
                                                                    (Date)   (Area Code)  (Phone No.)
STATE OF ___ Texas ___
COUNTY OF ___ Dallas ___                                        WORK #
   Sworn to before me this ____ day of _____ 19 __           (Signature of Claimant)
   _____ (Notary Public)                                2808 McKinney Ave #421
                                                               (Present Address)
My Commission expires _____                               DALLAS, TEXAS 75204
                                                               (City)      (State)     (Zip Code)

FORM 541B REV. 10/94

06/17/2002 11:22 FAX 2158294219          DELANY & O'BRIEN                    Ø009

**STATEMENT OF CLAIM**

**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I.C.C. MC 42866

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

ALL LOSS AND / OR DAMAGE MUST BE ON THIS FORM. NO ADDITIONAL CLAIM ACCEPTED.

MOVED FROM: EVAN SORKIN (M)
Name of Shipper or Consignee on Bill of Lading
1666 CALLOWHILL # 509
Old Street Address
PHILADELPHIA, PA 19130
City and State
N/A
Warehouse Name if Shipment Originated at Warehouse

MOVED TO: 2808 MCKINNY AVE #421
Name of Consignee
New Street Address
DALLAS, TX 75204
City and State
N/A
Warehouse Name if Delivered to Warehouse

**IMPORTANT**
Was your shipment picked up from a storage facility? Yes ☐ No ☒
Was your shipment delivered to a storage facility? Yes ☐ No ☒
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading
Did driver deliver any items that do not belong to you? Yes ☐ No ☒ Please explain below
To whom was claim first reported NATIONAL VAN LINES Date reported 8/3/98
Loading date at residence 6/9/98 Delivery date 6/17/98
If claim is for breakage or shortage to items packed in container, give following information concerning those specific containers.
By whom packed DRIVER By whom unpacked DRIVER & SELF Date unpacked 6/17/98
Was packing container of article claimed damaged in good condition? Yes ☐ No ☒ Please explain below
Date damage was discovered 6/17/98 Was driver aware of damage or shortage? Yes ☒ No ☐ Explain below
Date shortage was discovered N/A By whom discovered EVAN SORKIN
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same?

**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS** (If Add'l Space is needed use separate sheet of paper)

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (If loss so indicate) | Dates Purchased | Original Cost | Weight of Item | Amount Claimed | Home Office Use Only Amount Paid | Adjusting Code |
|---|---|---|---|---|---|---|---|---|
| #1 | PAINTING (oil?) | FRAME BROKEN | 1974 | $1000 | | $1000 | | |
| | | DID NOT NOTICE BECAUSE | | (PART OF SET COST) | | | | |
| | | $3275 | | | | | | |
| #9A | CABINET | Pd AT THE TIME YOUR SHIPMENT WAS DELIVERED | | | | $1900 | | |
| | CHINA | SCRATCHED/DAMAGED | | | | | | |
| | | BOX SMASHED - PHOTOS ALL GLOSSY SENT WITH OTHER CLAIM | | | | | | |
| #? | CLEANING OF COUCHES | | 7/14/98 | $359.48 | | | | |

FURNISH COPIES OF ANY DOCUMENTS WHICH SHOW ANY LOSS OR DAMAGE

The actual cash value of my shipment was $ >$75,000
QUALITY CONTROL (DRIVER _____ PACKER _____ WHSE _____
Were you satisfied with NATIONAL overall service? Yes ☐ No ☒ If NOT we would sincerely appreciate your comments so we can take action.

PLEASE SEE FIRST CLAIM FORMS.
DRIVER WAS IRRESPONSIBLE, LAZY AND RUDE.

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim, I hereby
request $ _____ which is to be considered as a full release and discharge from any and all claims and demands against the carrier,
his agents or principals of this shipment.  ALL OUTSTANDING CHARGES MUST BE PAID BEFORE CLAIM SETTLEMENT CAN BE MADE.

$3,359.48 FOR TOTAL CLAIM

NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00.

STATE OF Texas
COUNTY OF _____
Sworn to before me this _____ day of _____ 19__

_____
(Notary Public)

My Commission expires _____

Date 8/4/98

Signature of Claimant _____

Present Address 2808 McKinny #421
(City) Dallas (State) TX (Zip Code) 75204

HOME # (214) 320-0911
WORK # (314) 766-3?98

FORM 541B REV. 9-97

06/17/2002 11:23 FAX 2158294219          DELANY & O'BRIEN          ☑010

# STATEMENT OF CLAIM

**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I. C. C. MC 42858

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM

**ALL LOSS AND / OR DAMAGE MUST BE ON THIS FORM. NO ADDITIONAL CLAIM ACCEPTED.**

| MOVED FROM | MOVED TO |
|---|---|
| Name of Shipper or Consignee on Bill of Lading | Name of Consignee |
| Old Street Address | New Street Address |
| City and State | City and State |
| Warehouse Name if Shipment Originated at Warehouse | Warehouse Name if Delivered to Warehouse |

**IMPORTANT**
Was your shipment picked up from a storage facility?  Yes ☐  No ☒
Was your shipment delivered to a storage facility?  Yes ☐  No ☒
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading _____ 11199
Did driver deliver any items that do not belong to you?  Yes ☐  No ☒  Please explain below
To whom was claim first reported _____  Date reported _____
Loading date at residence _____  Delivery date _____
If claim is for breakage or shortage of items packed in container, give following information concerning those specific containers:
By whom packed _____  By whom unpacked _____  Date unpacked _____
Was packing-container or article claimed damaged in good condition?  Yes ☐  No ☐  Please explain below
Date damage was discovered _____  Was driver aware of damage or shortage?  Yes ☐  No ☐  Explain below
Date shortage was discovered _____  By whom discovered _____
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same?

**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS. (If Addl Space is needed use separate sheet of paper.)**   ALL CLAIMS MUST BE SIGNED

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (if loss so indicate) | Date Purchased | Original Cost | Weight of Item | Amount Claimed | Home Office Use Only Amount Paid | Adjusting Code |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  | CRACK |  |  |  |  |  |  |  |
|  | scratches |  |  |  |  |  |  |  |
|  | **FURNISH COPIES OF ANY DOCUMENTS WHICH SHOW ANY LOSS OR DAMAGE AT THE TIME YOUR SHIPMENT WAS DELIVERED** |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | (SEE ADDITION SHEETS) |  |  |  |  |  |  |  |

The actual cash value of my shipment was $ _____
**QUALITY CONTROL** (DRIVER _____ PACKER _____ WHSE _____
Were you satisfied with NATIONAL overall service?  Yes ☐  No ☒  If NOT we would sincerely appreciate your comments so we can take action.
_____

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim I hereby request $ _____ which is to be considered as a full release and discharge from any and all claims and demands against the carrier, his agents, or insurer of this shipment. **ALL OUTSTANDING CHARGES MUST BE PAID BEFORE CLAIM SETTLEMENT IS MADE.**

NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00. _____ (Date) _____ HOME #
STATE OF _____ Texas _____  _____ Phone No. _____ WORK #
COUNTY OF _____ Dallas _____  _____ (Signature of Claimant)
Sworn to before me this _____ day of _____
_____ (Notary Public)  _____ (Present Address)
My Commission expires _____  (City) _____ (State) _____ (Zip Code)

FORM 5418 REV. 9/97

CLAIM TO NATIONAL
EVAN S. SOTZOKIN B/L 111199

| INVENTORY # | NAME | DAMAGE | DATE PURCH | COST | CLAIMED |
|---|---|---|---|---|---|
| 221 | FRAMED PICTURE | LARGE GOUGE IN FRAME | ~1980's | $300 | $300 |
| 224 | BOX SPRING | KNIFE CUT (UNWRAPPING?) | 7/74/94 | $476 99 | $476 95 |
| 229 | GLASS TABLETOP | CHIPPED | 1995 | $100 | $100 |
| 12 SEE TO PHOTO | CUSTOM MADE TABLE | LEG CRACKED | 7/94 | $795 | $795 |
| * | PACKING MATERIALS | NOT PROVIDED | | $362 60 ÷ 50% DISC | $181 30 |
| 120 SEE PHOTOS | LAMP | DENTED | | $49 | $49 |
| 121 | LAMP | DENTED/BROKEN | | $49 | $49 |

PLEASE SEE LETTER AND
MORE DETAILED EXPLANATION


Evan Sotzokin MD

06/17/2002 11:24 FAX 2158294219          DELANY & O'BRIEN                          ☒012



## PLEASE PRINT OR TYPE

### STATEMENT OF CLAIM

**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I. C. C. MC 42866

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

**ALL LOSS AND / OR DAMAGE MUST BE ON THIS FORM. NO ADDITIONAL CLAIM ACCEPTED.**

| MOVED FROM | Evan Sorokin MD | MOVED TO | 2808 McKinney Ave #421 |
|---|---|---|---|
| | Name of Shipper or Consignee on Bill of Lading | | Name of Consignee |
| | 1666 Callowhill #509 | | Dallas, TX 75204 |
| | Old Street Address | | New Street Address |
| | Philadelphia, PA 19130 | | |
| | City and State | | City and State |
| | N/A | | N/A |
| | Warehouse Name if Shipment Originated at Warehouse. | | Warehouse Name if Delivered to Warehouse |

**IMPORTANT**
Was your shipment picked up from a storage facility? Yes ___ No ☒
Was your shipment delivered to a storage facility? Yes ___ No ☒
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading _____ 11199
Did driver deliver any items that do not belong to you? Yes ___ No ☒ Please explain below*
To whom was claim first reported  NATIONAL VAN LINES _____ Date reported 8/13/98
Loading date at residence 6/9/98 _____ Delivery date 6/17/98
If claim is for breakage or shortage to items packed in container, give following information concerning those specific containers:
By whom packed DRIVER ____ By whom unpacked DRIVER'S MEN ___ Date unpacked 6/17/98
Was packing container of article claimed damaged in good condition? Yes ___ No ☐ Please explain below* → DRIVER SHOWN CRATER
Date damage was discovered 8/1/98 ____ Was driver aware of damage or shortage? Yes ___ No ☐  Explain below* BUT NOT AWARE
Date shortage was discovered N/A ____ By whom discovered EVAN SOROKIN
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same? DRIVER DID NOT GIVE
                                                                                 TIME FOR CLAIM INSPECTION
**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS. (If Addl. Space is needed use separate sheet of paper.)**

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (If loss so indicate) | Date Purchased | Original Cost | Weight of Item | Amount Claimed | Home Office Use Only | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Amount Paid | Adjusting Code |
| 7-1 | ARMOIRE (CHERRY) | BACK BROKEN | 11/94 | $1000 | | $1000 | | |
| | | DID NOT NOTICE BECAUSE DRIVER PUT AGAINST WALL IN BEDROOM | | (PART OF SET COSTING $5245) RECEIPT ENCLOSED | | | | |
| 222 | COMPUTER | PORTABLE COMPUTER SCREEN DAMAGED | | $1900 | | $1900 | | |
| | | BOX SMASHED - PHOTOS ALREADY SENT WITH OTHER CLAIM | | | | | | |
| ** | CLEANING OF COUCHES | | 7/14/98 | $389.48 | | | | |

FURNISH COPIES OF ANY DOCUMENTS WHICH SHOW ANY LOSS OR DAMAGE AT THE TIME YOUR SHIPMENT WAS DELIVERED.

The actual cash value of my shipment was $ >$25000

QUALITY CONTROL _____ (DRIVER _____ PACKER _____ WHSE. _____

Were you satisfied with NATIONAL overall service? Yes ___ No ☐ If NOT we would sincerely appreciate your comments so we can take action.

PLEASE SEE FIRST CLAIM FORMS
DRIVER WAS IRRESPONSIBLE, LAZY, AND RUDE.

The undersigned makes a solemn oath to the truth of statements contained herein  for the purpose of obtaining settlement on the above claim  I hereby
request $ _____ which is to be considered as a full release and discharge from any and all claims and demands against the carrier
his agents _____  ALL OUTSTANDING CHARGES MUST BE PAID BEFORE CLAIM SETTLEMENT CAN BE MADE.
NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00.          8/20/98     (214) 303 0911      HOME #
                                                                          (Date)      (Area Code)  (Phone No.)
STATE OF Texas                                                                       (214) 760 0488     WORK #
COUNTY OF Dallas
Sworn to before me this 20 day of August 19 98      Evan Sorokin MD
                                                     (Signature of Claimant)
                                                     5323 _____
                                                     (Present Address)

06/17/2002 11:24 FAX 2158294219 _____ DELANY & O'BRIEN _____ ☑013

## PLEASE PRINT OR TYPE


**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I. C. C. MC 42686

### STATEMENT OF CLAIM

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

ALL LOSS AND / OR DAMAGE MUST BE ON THIS FORM. NO ADDITIONAL CLAIM ACCEPTED.

| MOVED FROM | Michelle Goldberg + Evan Sorce | MOVED TO | Michelle Goldberg |
|---|---|---|---|
| | 1666 Callowhill St, Apt 309 | | 7000 Seawall Blvd, Apt 532 |
| | Philadelphia, PA 19130 | | Galveston, TX 77551 |

**IMPORTANT**
Was your shipment picked up from a storage facility? Yes ☐ No ☒
Was your shipment delivered to a storage facility? Yes ☐ No ☒
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading _111199_
Did driver deliver any items that did not belong to you? Yes ☐ No ☒ Please explain below
To whom was claim first reported _National Van Line - Cust. Service_ Date reported _06-17-98_
Loading date at residence _06-08/09 -- 98_ Delivery date _06-20-98 (guaranteed by 6-19-98)_
If claim is for breakage or shortage... _completed at 2pm_ ...containers. Date unpacked _06-20-98_
By whom packed _driver_ By whom unpacked _driver_
Was backing container of article claimed damaged in good condition? Yes ☐ No ☐ Please explain below _wrapped in blanket_
Date damage was discovered _06-20-98_ Was driver aware of damage or shortage? Yes ☐ No ☐ Explain below
Date shortage was discovered _____ By whom discovered _____
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same? _yes_

**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS.** (If Addl. Space is needed use separate sheet of paper.) ALL CLAIMS MUST BE SIGNED

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (If loss so indicate) | Date Purchased | Original Cost | Weight of Item | Amount Claimed | Amount Paid | Adjusting Code |
|---|---|---|---|---|---|---|---|---|
| 71 | Armoire | Scratches on front doors CRACK SEE PHOTOS | 8/90 | $799 | ? | $799 | $799 | |

Additional COPIES copies of any documents which show any loss or damage
Hotel for extra night belongings not delivered (6/19-6/20) = $161.70
Owner, evening 6/19

(SEE ADDITION SHEETS)

The actual cash value of my shipment was $ _____
QUALITY CONTROL (DRIVER _Terry Claude_ PACKER _____ WHSE. _____

Were you satisfied with NATIONAL overall service? Yes ☐ No ☒ If not we would sincerely appreciate your comments so we can take action
_Delivery date & time changed several times, each with less than 24 hrs._
_notice. Pickup originally at 930-1030 am did not begin until_
_430 pm. Confusion between what was paid for according to_
_estimate and that due at delivery. No boxes for bed at pickup._

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim, I hereby
request $ _SEE OTHER S_ which is to be considered as a full release and discharge from any and all claims and demands against the carrier
his agents, or insurer of this shipment.
814-303-0911
NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00. _2/98_ (Date) 409-741-2932 HOME #
STATE OF _____ 7-11-98 709-942-6931 WORK #
COUNTY OF _____
Sworn to before me this _____ day of _____ 19___ _Evan Sorce_
7000 Seawall Blvd, #532

06/17/2002 11:25 FAX 2158294219          DELANY & O'BRIEN                    ☑014

## PLEASE PRINT OR TYPE

**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I.C.C. MC #2856

### STATEMENT OF CLAIM

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

IF FULL LOSS AND/OR DAMAGES MUST BE ON PROTECTION. NO ADDITIONAL CLAIM ACCEPTED. 214-303-0911

MOVED FROM: EVAN SOROKINA
Name of Shipper or Consignee on Bill of Lading
1666 CALLOWHILL ST APT 309
Old Street Address
PHILADELPHIA, PA 19130
City and State
N/A
Warehouse Name if Shipment Originated at Warehouse.

MOVED TO: EVAN SOROKIN
Name of Consignee
2808 MCKINNEY AVE APT 421
New Street Address
DALLAS TEXAS 75204
City and State
N/A
Warehouse Name if Delivered to Warehouse

**IMPORTANT**
Was your shipment picked up from a storage facility? Yes ☐ No ☑
Was your shipment delivered to a storage facility? Yes ☐ No ☑
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading 111199
Did driver deliver any items that do not belong to you? Yes ☐ No ☑ Please explain below
To whom did claim first reported NATIONAL VAN LINES   Date reported 6/18/98
Loading date at residence 6/9/98   Delivery date 6/17/98
If claim is for breakage or shortage to items packed in container, give following information concerning these specific containers:
By whom packed DRIVER   By whom unpacked DRIVER'S MEN   Date unpacked 6/17/98
Was packing container of article claimed damaged in good condition? Yes ☐ No ☑ Please explain below
Date damage was discovered 6/17/98   Was driver aware of damage or loss? Yes ☐ No ☐ Explain below
Date shortage was discovered N/A   By whom discovered NO DRIVER REFUSE
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same? TO WAIT DURING UNPACKING

**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS.** If Addl. Space is needed use separate sheet of paper.

SEE ADDITIONAL EXPLANATION

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (if loss so indicate) | Date Purchased | Original Cost | Weight of Item | Amount Claimed | Amount Paid | Adjusting Code |
|---|---|---|---|---|---|---|---|---|
| 162 | ANTIQUE PITCHER | BROKEN HANDLE SEE PHOTOS 1-3 | 1988 | $350 | — | $350 | | |
| 122/124 | COUCHES | HOLES & SOILED | 7/28/94 | $404 | | $404 | | |
| 124 | COUCHES | SLASHED SIDE & SOILED | 7/28/94 | $404 | | $404 | | |
| 127 | CHAIR | FABRIC CUSHION STAINED | 1995 | $129 | | $129 | | |
| 123 | ANTIQUE QUILT STAND | BROKEN INTO PIECES | 1994 | $500 | | $500 | | |
| 222 | MACINTOSH COMPUTER | BOX SMASHED COMPUTER NOW DOES NOT WORK | 1990 | $3200 | | $3200 | | |
| 223 | SOUND SYSTEM | BOX SMASHED, CD PLAYER BROKEN | 1989 | $499 | | $499 | | |
| 221 | ANTIQUE SEA FRAME | CHIPPED & SCRAPED | 1985 | $500 | | $500 | | |

(SEE ATTACHED)
The actual total value of this shipment was $ >25000

QUALITY CONTROL   (DRIVER UNPROFESSIONAL , PACKER UNPROFESSIONAL   WHSE. N/A

Were you satisfied with NATIONAL overall service? Yes ☐ No ☑ If NOT we would sincerely appreciate your comments so we can take action.
SALES AGENT GOOD THEN ALL OTHER SERVICE UNPROFESSIONAL DRIVER RUDE, PACKER/MOVER UNPROFESSIONAL/INTOXICATED CUSTOMER SERVICE UNABLE TO PROVIDE INFORMATION AS NEEDED

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim, I hereby request $12,608 + 89 which is to be considered as a full release and discharge from any and all claims and demands against the carrier, his agents, or insurer of this shipment.   ALL OUTSTANDING CHARGES MUST BE PAID BEFORE CLAIM SETTLEMENT CAN BE MADE.

NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00.   7/11/98   214-303-0911 HOME #
(Date)   (Area Code)   (Phone No.)

STATE OF _____
COUNTY OF _____
Sworn to before me this _____ day of _____ 19___
(Notary Public)

(Signature of Claimant)
(Present Address)

06/17/2002 11:26 FAX 2158294219          DELANY & O'BRIEN                    Ø015

## PLEASE PRINT OR TYPE

**NATIONAL**
BROADVIEW, ILLINOIS 60153-3771
I.C.C. MC #2966

**STATEMENT OF CLAIM**

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

ALL LOSS AND/OR DAMAGE MUST BE ON THIS FORM OR NO ADDITIONAL CLAIM ACCEPTED.  214.303.091

| | |
|---|---|
| MOVED FROM **EVAN SOROKIN NY** | MOVED TO **EVAN SOROKIN** |
| **1666 CALLOWHILL ST APT 309** | **2808 MCKINNY AVE APT 421** |
| **PHILADELPHIA, PA 19130** | **DALLAS TEXAS 75204** |
| N/A | N/A |

**IMPORTANT**
Was your shipment picked up from a storage facility? Yes ☐ No ☒
Was your shipment delivered to a storage facility? Yes ☐ No ☒
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading ___ 11199
Did driver deliver any items that do not belong to you? Yes ☐ No ☒ Please explain below
To whom was claim first reported **NATIONAL VAN LINES** Date reported 6/18/98
Loading date at residence 6/9/98  Delivery date 6/17/98
If claim is for breakage or shortage to items packed in container, give following information concerning those specific containers:
By whom packed **DRIVER** By whom unpacked **DRIVER'S MAN** Date unpacked 6/17/98
Was packing container of article claimed damaged in good condition? Yes ☐ No ☒ Please explain below
Date damage was discovered 6/17/98 Was driver aware of damage or loss? Yes ☐ No ☐ Explain below
Date shortage was discovered N/A  By whom discovered
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same? NO. DRIVER REFUSED

**IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS** (if Addl. Space is needed use separate sheet of paper)   SEE ADDITIONAL EXPLANATION

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (If loss so indicate) | Date of Purchase | Original Cost | Weight of Item | Amount Claimed | Amount Paid | Adjusting Code |
|---|---|---|---|---|---|---|---|---|
| 162 | ANTIQUE PITCHER | BROKEN HANDLE SEE PHOTOS 1-3 | 1988 | $350 | — | $350 | | |
| 123/124 | COUCHES | HOLES & SOILED | 7/88/94 | $404 | | $404 | | |
| 124 | COUCHES | SLASHED SIDE & SOILED | 7/28/94 | $404 | | $404 | | |
| 127 | CHAIR | FABRIC CUSHION STAIN SEE PHOTOS | 1995 | $129 | | $129 | | |
| 123 | ANTIQUE QUILT STAND | BROKEN INTO PIECES PHOTO | 1994 | $500 | | $500 | | |
| 222 | MACINTOSH COMPUTER | BOX SMASHED & COMPUTER DAMAGED PHOTOS 9-11 | 1990 | $3200 | | $3200 | | |
| 223 | SONY STEREO | BOX SMASHED CD DAMAGED PHOTO 12-13 | 1989 | $499 | | $499 | | |
| 221 | ANTIQUE BOOKS | CHIPPED & SCRAPED | 1995 | $500 | | $500 | | |

SEE ATTACHED

The actual cash value of my shipment was $ >$25000

QUALITY CONTROL    (DRIVER **UNPROFESSIONAL** PACKER **UNPROFESSIONAL** INTOXICATED & WHSE. N/A

Were you satisfied with NATIONAL overall service? Yes ☐ No ☒ If NOT we would sincerely appreciate your comments so we can take action
**SUGG ABOUT GOOD THEN ALL OTHER SERVICE UNPROFESSIONAL
DRIVER RUDE, PACKER/MOVER UNPROFESSIONAL/INTOXICATED
CUSTOMER SERVICE UNABLE TO PROVIDE INFORMATION AS NEEDED**

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim. I hereby
request $ 12,468.57 which is to be considered as a full release and discharge from any and all claims and demands against the carrier
his agents, or insurer of this shipment.   ALL OUTSTANDING CHARGES MUST BE PAID BEFORE CLAIM SETTLEMENT CAN BE MADE.

7/11/98 (Date)  214-303-091 HOME# (Area Code)  (Phone No.) XPAGE
214-756-6498 WORK#
310-648-5375 CELL

NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00.

STATE OF _____
COUNTY OF _____
Sworn to before me this _____ day of _____ 19___

(Notary Public)

(Signature of Claimant)

(Present Address)

06/17/2002 11:26 FAX 2158294219 _____ DELANY & O'BRIEN ☑016

## PLEASE PRINT OR TYPE


NATIONAL
BROADVIEW, ILLINOIS 60153-3771
I. C. C. MC #2866

**STATEMENT OF CLAIM**

IF YOU COMPLETE THE SHORT CLAIM FORM, IT WILL
NOT BE NECESSARY TO COMPLETE THIS FORM.

ALL LOSS AND/OR DAMAGE MUST BE ON THIS FORM. NO ADDITIONAL CLAIM ACCEPTED.

| MOVED FROM | Michelle Goldberg + Evan Sorce | MOVED TO | Michelle Goldberg |
|---|---|---|---|
| | Name of Shipper or Consignee on Bill of Lading | | Name of Consignee |
| | 1666 Callowhill St, Apt 309 | | 7000 Seawall Blvd, Apt 532 |
| | Old Street Address | | New Street Address |
| | Philadelphia, PA 19130 | | Galveston, TX 77551 |
| | City and State | | City and State |
| | Warehouse Name if Shipment Originated at Warehouse | | Warehouse Name if Delivered to Warehouse |

**IMPORTANT**
Was your shipment picked up from a storage facility? Yes ☐ No ☒
Was your shipment delivered to a storage facility? Yes ☐ No ☒
To expedite your claim, enter Bill of Lading No. shown on NATIONAL Bill of Lading ___ 111199
Did driver deliver any items that do not belong to you? Yes ☐ No ☒ Please explain below
To whom was claim first reported National Van Line - Cust. Serv. Date 06-17-98
Loading date at residence 06-08/09-98 Delivery date 06-20-98 (guaranteed by 6-19-98)
If claim is for breakage or shortage indicate _____ following information concerning those specific containers:
By whom packed driver By whom unpacked driver Date unpacked 06-20-98
Was packing container of article claimed damaged in good condition? Yes ☐ No ☐ Please explain below → wrapped in blanket
Date damage was discovered 06-20-98 Was driver aware of damage or shortage? Yes ☐ No ☐ Explain below
Date shortage was discovered _____ By whom discovered _____
Did you carefully check items and condition of shipment against the inventory at the time of delivery before signing same? yes
IMPORTANT — GIVE COMPLETE INFORMATION IN ALL COLUMNS. (If Addl. Space is needed use separate sheet of paper.)     ALL CLAIMS MUST BE SIGNED

| Inventory Number For Articles Claimed | Name of Item | Location and Extent of Damages (If loss so indicate) | Date Purchased | Original Cost | Weight of Item | Amount Claimed | Home Office Use Only — Amount Paid | Adjusting Code |
|---|---|---|---|---|---|---|---|---|
| 71 | armoire | scratches on front doors crack SEE PHOTOS | 8/90 | $799 | ? | $799 | $0 | |
| Additional cost | | | | | | | | |
| Hotel for extra night, belongings not delivered (6/19-6/20) | | | | $161.00 | | | | |
| Dinner, evening 6/19 | | | | | | | | |
| (SEE ADDITIONAL SHEETS) | | | | | | | | |

The actual cash value of my shipment was $_____
**QUALITY CONTROL**   (DRIVER Terry Claude PACKER _____ WHSE _____

Were you satisfied with NATIONAL overall service? Yes ☐ No ☒. If NOT we would sincerely appreciate your comments so we can take action.
Delivery date & time changed several times, each with less than 24 hrs. notice. Pickup originally at 9:30-10:30 a.m. did not begin until 4:30 p.m. confusion between what was paid for according to estimate and that due at delivery. No boxes for bed at pickup.

The undersigned makes a solemn oath to the truth of statements contained herein. For the purpose of obtaining settlement on the above claim, I hereby request $ SEE OTHER SHEETS it be considered as a full release and discharge from any and all claims and demands against the carrier, its agents, or insurer of this shipment.

NOTARIZATION NOT REQUIRED ON CLAIMS TOTALING LESS THAN $200.00.   7/2/98   Date
_____ 409-741-2951 HOME #
STATE OF _____
COUNTY OF _____   409-942-6936 WORK #
Sworn to before me this _____ day of _____ 19 ____

Evan S. Kulwicki
7000 Seawall Blvd, #532

Exhibit B

**FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
**BY:** JOSHUA HORN, ESQUIRE; MICHAEL P. MALLOY, ESQUIRE
IDENTIFICATION NOS. 71799; 88787                                      ATTORNEYS FOR DEFENDANTS
2000 MARKET STREET, TENTH FLOOR
PHILADELPHIA, PA 19103-3291
(215) 299-2000

| | |
|---|---|
| EVAN S. SOROKIN, | : COMMONWEALTH OF PENNSYLVANIA |
| | : COUNTY OF PHILADELPHIA |
| | : PHILADELPHIA MUNICIPAL COURT |
| Plaintiff, | : |
| | : |
| v. | : Docket No. SC-02-05-29-3112 |
| | : |
| NATIONAL VAN LINES, INC. AND | : |
| LNJ NATIONAL MOVERS, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF FILING
## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, that on July 3, 2002 defendants, National Van Lines, Inc. and LNJ

National Movers have removed this action to the United States District Court for the Eastern District of

Pennsylvania by filing a notice of removal in the office of the Clerk of the United States District Court

for the Eastern District of Pennsylvania. A copy of the notice of removal is attached hereto as Exhibit

"A".

1

PLEASE TAKE FURTHER NOTICE that, by filing the notice of removal, and by filing this notice in this Court, accompanied by the federal notice of removal, the above-captioned action has been removed to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1441 and 1446 and this Court should discontinue any further proceedings.

Respectfully submitted,

_____
Joshua Horn, Esquire;
I.D. No. 71799
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
2000 Market Street, Tenth Floor
Philadelphia, PA  19103-3291
(215) 299-2000

Attorneys for Defendants
National Van Lines, Inc. and LJN National Movers

Dated:  July 3, 2002

2

EVAN S. SOROKIN,                                    :    COMMONWEALTH OF PENNSYLVANIA
                                                    :    COUNTY OF PHILADELPHIA
                                                    :    PHILADELPHIA MUNICIPAL COURT
                          Plaintiff,                :
                                                    :
                    v.                              :    Docket No. SC-02-05-29-3112
                                                    :
NATIONAL VAN LINES, INC. AND                        :
LNJ NATIONAL MOVERS,                                :
                                                    :
                          Defendants.               :
                                                    :

### CERTIFICATE OF SERVICE

I, Michael P. Malloy, Esquire, hereby certify that on this date I served a copy of the notice of filing of

notice of removal upon the following via first class mail, as follows:


                    Michael D. Shaffer, Esquire
                    325 Chestnut Street, Suite 1212
                    Philadelphia, PA 19106

                    Attorney for Plaintiff
                    Evan Sorokin


                                        _____
                                        MICHAEL P. MALLOY


Dated:  July 3, 2002

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

EVAN S. SOROKIN,

                  Plaintiff,

      v.                                              NO.

NATIONAL VAN LINES, INC. AND
LNJ NATIONAL MOVERS,

                  Defendants.          FILED JUL 3 2002

<u>CERTIFICATE OF SERVICE</u>

       I, Michael P. Malloy, Esquire, hereby certify that on this date I served a copy of the notice of removal upon the following via first class mail, as follows:

          Michael D. Shaffer, Esquire
          325 Chestnut Street, Suite 1212
          Philadelphia, PA 19106

          Attorney for Plaintiff
          Evan Sorokin

          MICHAEL P. MALLOY

Dated:  July 3, 2002